## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Georgia

Case Number: 1:18-CV-5259

Plaintiff:
**Annette Clark**

vs.

Defendant:
**Trans Union, LLC, et al.**

For:
Credit Repair Lawyers of America
22142 West Nine Mile Rd
Southfield, MI 48033

Received by Debra Lawson to be served on **Citibank, NA C/O The Corporation Trust, Incorporated, RA, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093**.

I, Debra Lawson, do hereby affirm that on the **30th day of November, 2018** at **3:35 pm, I:**

**SUBSTITUTE** served by delivering the **Summons in a Civil Action, Complaint, Civil Cover Sheet** to: **Rebecca Gott**, as Intake Specialist and authorized to accept service for Citibank, NA C/O The Corporation Trust, Incorporated, RA, at the address of: **2405 York Road, Suite 201, Lutherville Timonium, MD 21093**. Actual service location: (39.4536,-76.6314) accuracy 5 m.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 145, Hair: Dark Blonde, Glasses: N

I HEREBY CERTIFY that I am a competent person, eighteen years of age or older, and not a party to the above legal action. I SOLEMNLY AFFIRM under the penalties of perjury that through personal knowledge, the contents of the foregoing are true.

**Debra Lawson**
Independent Process Server

**De Novo Attorney Services, Inc.**
**30 E. Padonia Road**
**Suite 207**
**Timonium, MD 21093**
**(443) 895-4999**

Our Job Serial Number: NOV-2018004656
Ref: 1:18-CV-5259